IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ERNEST COX,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | Civil Action No. SA:22-CV-00655-OLG |
| **SAFECO INSURANCE COMPANY OF** § | |
| **INDIANA,** § | |
| § | **Jury Trial Requested** |
| *Defendant* § | |
| § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Ernest Cox ("Plaintiff"), files this *Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint.* A copy of the *Plaintiff's First Amended Complaint* is being marked for identification and is attached hereto as **Attachment A**. Plaintiff would respectfully show this honorable Court the following:

**I.**

1. This case was removed by the Defendant on June 23, 2022 from *Ernest Cox v. Safeco Insurance Company of Indiana;* Cause No. 2022CI09048; In the 37th Judicial District of Bexar County, Texas (Doc. 1), alleging this Court's jurisdiction over Defendants and Plaintiff.

2. Removal is not being contested by Plaintiff. Plaintiff acknowledges that even though this case was commenced in a Texas state district court, upon removal Plaintiff's pleadings are subject to scrutiny pursuant to the Federal Rules of Civil Procedure pursuant to Fed. R. Civ. P. 81(c)(1). This of course includes Fed. R. Civ. P. 9(b) and (f).

3.     Pursuant to the Scheduling Order (Doc. 8), Plaintiff requests that he be granted leave to file *Plaintiff's First Amended Complaint*. The Scheduling Order in pertinent part provides:

> "3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by Tuesday, November 15, 2022."

4.     Plaintiff seeks to more completely and accurately state his claims based upon Texas statutory and common law in compliance with the pleading requirements of the Federal Rules of Civil Procedure. Each of such claims is well-supported in both fact and law. Therefore, Plaintiff contends he should be granted leave to file *Plaintiff's First Amended Complaint* to assert such claims in conformity with Fed.; R. Civ. P. 9(b) and (f), to present this case in as complete a manner as possible.

**5.**     Plaintiff' counsel sent an email to counsel for the Defendant on November 15, 2022, to determine whether Defendant is or is not opposed to the Motion for Leave. At the time of filing of the motion, Plaintiff's counsel had not received a response to the email. Plaintiff's counsel will file an amended certificate of conference when a response is received.

## **CONCLUSION**

For each and all the foregoing reasons and based upon the above-discussed authorities, Plaintiff respectfully moves this Court to grant Plaintiff's instant Motion for Leave and to grant leave to file the attached proposed *Plaintiff's First Amended Complaint*.

[Signature on following page]

Respectfully Submitted,

By: _____
J. Rohlf Jewell
Texas Bar No. 24046157
rjewell@hodgefirm.com
Shaun W. Hodge
Texas Bar No. 24052995
shodge@hodgefirm.com
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing pleading was served on the following counsel of record on November 15, 2022, according to the Federal Rules of Civil Procedure:

David R. Stephens
Anne E. Cooke
LINDOW STEPHENS SCHULTZ LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lsslaw.com
acooke@lsslaw.com

ATTORNEYS FOR DEFENDANT

By: _____
J. Rohlf Jewell

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel for the Plaintiff sent an email to counsel for the Defendant on November 15, 2022, to determine whether Defendant is or is not opposed to the Motion for Leave. At the time of filing of the motion, Plaintiff's counsel had not received a response to the email. Plaintiff's counsel will file an amended certificate of conference when a response is received.

_____
J. Rohlf Jewell