Case 5:22-cv-00655-OLG   Document 22   Filed 02/23/23   Page 1 of 1

FILED
February 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                              DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ERNEST COX,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL NO. SA-22-CV-00655-OLG |
| | § | |
| **SAFECO INSURANCE COMPANY OF INDIANA,** | § | |
| | § | |
| **Defendant.** | § | |

**O R D E R**

Before the Court is Plaintiff's Notice of Settlement, filed on February 17, 2023, *see* Dkt. No. 20, which advised that the parties have settled the matter and are in the process of finalizing said settlement. Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to administratively close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is so **ORDERED**.

**SIGNED** this  23rd  day of February, 2023.

_____
ORLANDO L. GARCIA
United States District Judge